**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta*
Julian C. Diamond*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
           jdiamond@bursor.com

*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AL-RAMAHI,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PAYPAL, INC.,<br><br>　　　　　　　　Defendant. | Case No. 5:22-cv-03632-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Mohammad Al-Ramahi hereby dismisses, without prejudice, all claims against Defendant PayPal, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(i).  Each party shall bear its own costs.

Dated:  September 16, 2022      Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta*
Julian C. Diamond*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
 jdiamond@bursor.com

*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*